

**NEW YORK CITY HOUSING AUTHORITY**
**LAW DEPARTMENT, 9th FLOOR**
250 BROADWAY • NEW YORK, NY 10007

http:/nyc.gov/nycha

SHOLA OLATOYE
CHAIR

WRITER'S DIRECT LINE
(212) 776-5259

March 16, 2018

*Via ECF*
The Honorable Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  *Ivan L. Cherry v. New York City Housing Authority and Marie Bazelais*
           No. 15-CV-6949 (MKB) (PK)

Dear Magistrate Judge Kuo:

    I am counsel for Defendants New York City Housing Authority ("NYCHA") and Marie Bazelais (collectively, "Defendants") in the above-referenced matter. I write on behalf of Defendants, and with the consent of Plaintiff, to address this Court's February 22, 2018 order for a Joint Status Report to be submitted by April 30, 2018 or at the close of mediation, whichever is sooner.

    The parties unsuccessfully mediated this case with Mediator Chaim Book on March 14, 2018. Pro bono counsel Marcia Adelson, who was appointed to represent Plaintiff solely for purposes of the mediation, attended the mediation with Plaintiff. The parties do not foresee the need to continue mediation, at least not at this time.

    Accordingly, the parties wish to proceed with discovery and respectfully request a Rule 26(f) conference.

                                      Respectfully submitted,

                                      Jane E. Lippman

cc: Plaintiff Ivan L. Cherry (via U.S. mail)